ACCEPTED
01-14-00527-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 10:00:18 AM
CHRISTOPHER PRINE
CLERK

# Harris County Public Defender's Office

1201 Franklin, 13th floor                                 Office No.: 713-368-0016
Houston, Texas 77002                                      Fax No.: 713-368-9278

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/14/2015 10:00:18 AM

CHRISTOPHER A. PRINE
Clerk

September 14, 2015

Clerk of the Court
First Court of Appeals
301 Fannin, Room 208
Houston, Texas 77002

Re:     Cause number 01-14-00527-CR; *Feanyichi Uvukansi vs. The State of* Texas.

To the Clerk:

I will present oral argument on behalf of the Appellant on Wednesday, October 14, 2015, at 1:30 p.m.

Very truly yours,

/s/ Bob Wicoff

Bob Wicoff
Assistant Public Defender

cc:     Jessica Caird
        Assistant District Attorney
        Harris County, Texas
        1201 franklin, 6th floor
        Houston, Texas 77002